UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHRISTOPHER BRADY, *Individually and*
*On Behalf of All Others Similarly Situated*,

                          Plaintiff,                    JUDGMENT
                                                17-cv-4987 (BMC)
      -against-

TOP SHIPS INC.; EVANGELOS J. PISTIOLIS;
ALEXANDROS TSIRIKOS; KALANI
INVESTMENTS LIMITED; MURCHINSON
LTD.; MARC BISTRICER; and XANTHE
HOLDINGS LTD.,

                          Defendants.
------------------------------------------------------------ X

        A Memorandum, Decision, and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on August 5, 2019, granting Defendants' motion to dismiss; it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; and that the case is dismissed.

| | |
|---|---|
| Dated: Brooklyn, NY<br>       August 6, 2019 | Douglas C. Palmer<br>Clerk of Court |
| | By:   /s/*Jalitza Poveda*<br>        Deputy Clerk |